49 A.3d 841

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner**

v.

**Richard J. REINHARDT, Respondent.**

**Misc. Docket AG No. 18, Sept. Term, 2011.**

Court of Appeals of Maryland.

Aug. 6, 2012.

## *ORDER*

The Court of Appeals of Maryland, having considered the Joint Petition For Reprimand By Consent of the Attorney Grievance Commission of Maryland and the Respondent, Richard J. Reinhardt, to reprimand the Respondent, it is this 6th day of August, 2012;

ORDERED, that the Joint Petition be, and it is hereby GRANTED, and the Respondent, Richard J. Reinhardt, is reprimanded by consent for violating Maryland Lawyers' Rule of Professional conduct 1.16.